IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SENTRY SELECT INSURANCE COMPANY,

          Plaintiff,

v.

LINDA COLLINS, et al.,

          Defendants.

Case No. 25-cv-253 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/26/2026**        MONICA A. STUMP, Clerk of Court

                                            s/ Tina Gray, Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**